## 52563. GRANT v. THE STATE.

SMITH, Judge.

The appellant has filed no brief and no enumeration of error and has not responded to an order of this court requiring such a filing. Thus, he has not perfected his appeal by filing an enumeration of error as required by Code Ann. § 6-810 (Ga. L. 1965, pp. 18, 19; 1965, pp. 240, 243; 1968, pp. 1072, 1077). The appellant has not shown to this court what errors he contends were made during the trial of his case.

" 'A person convicted of a crime in a trial court in this state is not entitled to have his conviction reviewed as a matter of right by an appellate court. He must pursue

applicable statutory requirements. A convicted party can, by his own conduct . . . forfeit his appeal.' *State v. Denson,* 236 Ga. 239 (1976)." *Brown v. State,* 236 Ga. 333, 334 (223 SE2d 642). Since appellant has not complied with the statutory requirement of filing an enumeration of errors, his appeal is dismissed.

*Appeal dismissed. Marshall and McMurray, JJ., concur.*

SUBMITTED SEPTEMBER 7, 1976 — DECIDED OCTOBER 5, 1976.

Sonny B. Grant, *pro se.*
*J. Lane Johnston, District Attorney,* for appellee.